UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Richard Coleman</u>

       v.                                    10-cv-342-SM

<u>The Florida Bar Association, et al</u>


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

     The complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a) . Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(a).

     **SO ORDERED**.

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                United States Magistrate Judge


Date:  August 12, 2010


cc:     Richard Coleman, pro se