UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

       v.                    Civil No. 10-cv-342-SM

The Florida Bar Association,
Henry Lee Paul, Jeffrey Blau,
and Sam Pendino

## O R D E R

In response to the Report and Recommendations, the plaintiff filed a motion to reconsider which is construed and entered on the court's docket as an objection. After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 2, 2011, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

May 20, 2011

                                       Steven J. McAuliffe
                                       Chief Judge

cc:    Richard Coleman, pro se
       Jeffrey Blau, pro se