UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Richard Coleman

        v.                                  Civil No. 10-cv-342-SM

The Florida Bar Association,
Henry Lee Paul, Jeffery Blau and
am Pendino


## **J U D G M E N T**


In accordance with the Order by Chief Judge Steven J. McAuliffe  entered on May 20,

2011, approving the Report and Recommendations of Magistrate Judge Landya B. McCafferty

dated May 2, 2011, judgment is hereby entered.


                                              By the Court,

                                              /s/  James R. Starr

                                              James R. Starr, Clerk

May 20, 2011

cc:    Ronald Coleman, pro se
       Jeffery Blau, pro se